**Order entered September 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01459-CV

### SANTANDER CONSUMER USA, INC., Appellant

### V.

### PALISADES COLLECTION LLC, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14916**

## ORDER

Juston M. O'Brien's motion to appear *pro hac vice* is **GRANTED**, and Juston M. O'Brien is directed to appear at oral argument in the above-numbered cause at 2:00 p.m. on September 30, 2014.

/s/    DAVID L. BRIDGES
           JUSTICE